IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY DURANT WASHINGTON,

    Petitioner,                  No. CIV S-06-2279 DFL DAD P

    vs.

T. FELKNER, et al.,

    Respondents.            ORDER

_____/

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the required filing fee.

    In his habeas petition, petitioner challenges a judgment of conviction entered in the Tulare County Superior Court. Tulare County is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 3-120(d). A civil action that has not been commenced in the proper division of this court may, on the court's own motion, be transferred to the proper division of the court. Local Rule 3-120(f). This action will therefore be transferred to the Fresno Division of the court.

/////

/////

/////

1   Good cause appearing, IT IS HEREBY ORDERED that:

2   1.  This action is transferred to the United States District Court for the Eastern

3   District of California sitting in Fresno; and

4   2.  All future filings shall reference the new Fresno case number to be assigned to

5   this case and shall be filed at:

6   United States District Court
    Eastern District of California
7   2500 Tulare Street
    Fresno, CA 93721

9   DATED: October 19, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

13  DAD:13:bb
    wash2279.109